## JOSEPH M. HACKNEY v. GEORGE W. LYNN.

(147 N. W. 263.)

Opinion filed April 13, 1914.

Appeal from the District Court of Emmons County, *Winchester,* J. Reversed.

*Watson & Young,* Fargo, N. D., *Durment, Moore, & Oppenheimer,* St. Paul, Minn. (and *Ashley Coffman,* of St. Paul, Minn., of counsel), for appellant.

*R. N. Stevens,* Bismarck, N. D., *Harry C. Lynn,* Linton, N. D., and *Newton, Dullam, & Young,* Bismarck, N. D., for respondents.

PER CURIAM.   The facts in this case are so similar to those in the case of Patterson Land Co. v. Lynn, ante, 391, 147 N. W. 256, filed in this court on the 6th day of March, 1914, the only difference being in the description of the lands, that such decision governs herein.